FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2014

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA NICHOLS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | NO:  2:12-CV-3057-VEB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Judge Bianchini's February 28, 2014, Report and Recommendation to Deny Plaintiff's Motion for Summary Judgment, ECF No. 28.  Plaintiff is represented by D. James Tree.  Assistant Attorney General Benjamin J. Groebner and Assistant United States Attorney Pamela J. DeRusha represent Defendant.  On March 14, 2014, Plaintiff filed timely objections to the Report and Recommendation.  ECF No. 29.  Defendant filed a response on March 25, 2014.  ECF No. 30.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

The Court has reviewed and considered Plaintiff's "Objection to Magistrate Judge's Report and Recommendation." ECF No. 29. Having reviewed the February 28, 2014, Report and Recommendation, ECF No. 28, and considered Plaintiff's objections thereto, the February 28, 2014, Report and Recommendation, **ECF No. 28**, is **ADOPTED in its entirety**.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Summary Judgment, **ECF No. 23**, is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 22**, is **DENIED**.

3. The parties shall bear their own costs.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order, provide a copy to counsel and **CLOSE THE FILE**.

**DATED** this 17th day of October 2014.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge